IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Factory Mutual Insurance Company; and FM Approvals, LLC, | NO. CV 06-317-PHX-DGC |
| Plaintiffs, | **ORDER RE DISMISSAL** |
| v. | |
| Fire Materials Group, LLC, | |
| Defendant. | |

IN CONSIDERATION of the foregoing Stipulation for Dismissal with prejudice, and good cause appearing therefor,

IT IS HEREBY ORDERED that all claims against Defendants are dismissed with prejudice.

Dated this 25th day of July, 2006.

_____
David G. Campbell
United States District Judge